IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CATHERINE JEANETTE ALSTON,<br><br>    Debtor.<br>_____<br><br>CATHERINE JEANETTE ALSTON,<br><br><br>    Movant,<br><br>v.<br><br>PARTNERS FOR PAYMENT RELIEF DE II, LLC,<br><br>    Respondent.<br>_____ | CHAPTER 13<br><br><br>CASE NO. 19-57017-SMS<br><br><br><br><br><br><br>CONTESTED MATTER<br><br>PROCEEDING |

## MOTION TO DETERMINE SECURED STATUS OF PARTNERS FOR PAYMENT RELIEF DE II, LLC AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE

**COMES NOW**, Catherine Jeanette Alston ("Debtor") by and through her undersigned counsel, and filed this Motion to Determine Secured Status of Partners for Payment Relief DE II, LLC and to Strip Lien pursuant to 11 U.S.C. § 506(d) and states as follows:

1.

The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on May 5, 2019. The Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2.

The Debtor owns real property located at 124 Celtic Court, Ellenwood, Georgia 30294, Henry County, more particularly described as follows:

LEGAL DESCRIPTION

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN Land Lot 194 of the 12th District, Henry County, Georgia, and being shown as Lot 6 of SCARBOROUGH RIDGE SUBDIVISION, on plat of survey recorded at Plat Book 43, Pages 94-95, Henry County Georgia records, which plat is by reference incorporated herein and made a part hereof.

3.

The Debtor's real property is encumbered by two liens:

(a) U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX5 and Wells Fargo Bank, N.A., holds the first priority security deed, recorded on April 24, 2006 at Book 9130, Pages 98-121 of the official records of Henry County, Clerk of Superior Court.  The said creditor has not filed a proof of claim as of today.  The claim of the creditor is scheduled for the amount of $622,496.05.

(b) Partners for Payment Relief DE II, LLC, holds the second priority security deed, recorded on October 1, 2013 at Book 13310, Pages 78-88 of the official records of Henry County, Clerk of Superior Court.  The said creditor has not filed a proof of claim as of today.  The claim of the creditor is scheduled for the amount of $195,591.00.

4.

Based upon the 2018 Henry County Tax Commissioner's office, the value of the Real Property is $416,400.00.

5.

Accordingly, Partners for Payment Relief DE II, LLC second lien is completely unsecured.

6.

Pursuant to 11 U.S.C. § 506(a), Partners for Payment Relief DE II, LLC's claim is wholly unsecured and is subject to a determination that the lien securing Partners for Payment Relief DE II, LLC's claim is void upon entry of a discharge in this case. In re Tanner, 217 F.3d 1357 (11th Cir. 2000).

WHEREFORE, the Debtor respectfully requests Court to enter an order:

(a) Granting the Motion; (b) determining the amount of the lien of U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX5 and Wells Fargo Bank, N.A, exceeds the value of the Real Property; (c) determining that Partners for Payment Relief DE II, LLC's claim may be treated as an unsecured claim; (d) voiding the mortgage lien of Partners for Payment Relief DE II, LLC, effective upon entry of a Chapter 13 discharge; and (e) granting such other and further relief as the Court deems appropriate.

This 19th day of June, 2019.

BY: ____/S/_____
David E. Galler
Georgia Bar Number 283015
Attorney for Debtor

GALLER LAW, LLC
875 Old Roswell Road
B-100
Roswell, GA 30076
678-310-9088 (voice)
404-549-4330 (facsimile)
david@gallerlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CATHERINE JEANETTE ALSTON,<br><br>    Debtor. | CHAPTER 13<br><br>CASE NO. 19-57017-SMS |
| CATHERINE JEANETTE ALSTON,<br><br>    Movant,<br><br>v.<br><br>PARTNERS FOR PAYMENT RELIEF DE II, LLC,<br><br>    Respondent. | CONTESTED MATTER<br><br>PROCEEDING |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Catherine Jeanette Alston has filed a Motion to Determine Secured Status of Claim and to Strip Lien Effective Upon Discharge.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in **Courtroom 1201**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA at **10:00AM** on **July 23, 2019.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the

Clerk at least two (2) business days before the hearing.  The address of the Clerk's Office is:

Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address below.

    This 19th day of June, 2019

> BY: _____/S/_____
> David E. Galler
> Georgia Bar Number 283015
> Attorney for Debtor

GALLER LAW, LLC
875 Old Roswell Road
B-100
Roswell, GA 30076
678-310-9088 (voice)
404-549-4330 (facsimile)
david@gallerlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CATHERINE JEANETTE ALSTON,<br><br>Debtor. | CHAPTER 13<br><br>CASE NO. 19-57017-SMS |
| CATHERINE JEANETTE ALSTON,<br><br>Movant,<br><br>v.<br><br>PARTNERS FOR PAYMENT RELIEF DE II, LLC,<br><br>Respondent. | CONTESTED MATTER<br><br>PROCEEDING |

**CERTIFICATE OF SERVICE**

    I, **Karen Shepard**, certify that I am over the age of 18 and that on June 19, 2019, I served a copy of the foregoing **Notice of Hearing and Motion to Determine Secured Status of Partners for Payment Relief DE II, LLC and to Strip Lien Effective Upon Discharge** by first CM/ECF transmission and/or first class U. S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated below:

Catherine Jeanette Alston, Debtor
124 Celtic Court
Ellenwood, Georgia 30294
*Via First Class U.S. Mail*

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303-1740
*Via First Class U.S. Mail*

Partners for Payment Relief DE II, LLC
3748 West Chester Pike
Suite 103
Newtown Square, PA 19073
*Via First Class U.S. Mail*

Partners for Payment Relief DE II, LLC
4 State Road
Unit A
Media, PA 19064
*Via First Class U.S. Mail*

Mr. David Van Horn, President for
Partners for Payment Relief DE II, LLC
3748 West Chester Pike
Suite 103
Newtown Square, PA 19073
*Via Certified Mail*

D. Anthony Scottile, Esq.
Authorized Agent for Creditor
Scottile & Barlie, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
*Via First Class U.S. Mail*

ALL CREDITORS ON ATTACHED MAILING MATRIX
*Via First Class U.S. Mail*

This 19th day of June, 2019.

/s/
Karen Shepard, Legal Assistant To
David Galler, Esquire
Galler Law, LLC
875 Old Roswell Road
B-100
Roswell, GA 30076
Tel: 678-310-9088
Karen@gallerlaw.com

## 2018 Property Tax Statement

| Bill Number | Due Date | CURRENT YEAR DUE |
|---|---|---|
| 33059 | 11/16/2018 | $0.00 |

Payment Good Through:

**David Curry**
**Henry County Tax Commissioner**
140 Henry Parkway
McDonough, GA  30253

Map:    044F01006000

Phone: (770) 288-8180
Fax: (770) 288-8190

Last payment made on:    11/9/2018

Location:    124 CELTIC CT

HAMMOND ANGELA & ALSTON CATHERINE J
124 CELTIC CT

Interest will be applied monthly after the due date.  A 5% penalty will be applied every 120 days from the due date. (20% maximum)  Payment Good Through date applies to Current Year Interest only.  Bills are mailed to the Jan 1 owner.  If you have sold this property, please return the bill along with a Settlement Statement within 90 days from the due date.  (Ga Code Section 48-3-3).  We accept US postmark only as proof of mailing.  Questions regarding Payments: 770-288-8180 opt 3.  Questions regarding Value: 770-288-7999 opt 2.
PAYMENTS ARE ACCEPTED PRIOR TO DUE DATE.
PAYMENT DROP BOXES AVAILABLE AT BOTH LOCATIONS.
You can pay your taxes online and for additional information visit our website @ www.henrytc.org.

ELLENWOOD, GA  30294

**RETURN THIS FORM WITH PAYMENT**

---

**David Curry**
**Henry County Tax Commissioner**
140 Henry Parkway
McDonough, GA  30253

Phone: (770) 288-8180
Fax:  (770) 288-8190



Scan this code with your mobile phone to view or pay this bill.

| | |
|---|---|
| Tax Payer: | HAMMOND ANGELA & ALSTON CATHERINE J |
| Map Code: | 044F01006000 |
| Description: | LLot: 194 LDist: 12 Lot: 6 |
| Location: | 124 CELTIC CT |
| Bill Number: | 33059 |
| District: | 1 |

| Building Value | Land Value | Acres | Fair Market Value | Due Date | Billing Date | Payment Good Through | Exemptions |
|---|---|---|---|---|---|---|---|
| $386,400.00 | $30,000.00 | 0 | 416400 | 11/16/2018 | 6/29/2018 | | L1 |

| TAXING ENTITY | Adjusted FMV | Net Assessment | Exemptions | Taxable Value | Millage Rate | Gross Tax | Credit | Net Tax |
|---|---|---|---|---|---|---|---|---|
| STATE TAX | 416400 | 166560 | 4000 | 162560 | 0 | 0.00 | 0.00 | 0.00 |
| HENRY COUNTY TAX | 416400 | 166560 | 15000 | 151560 | 16.153 | 2448.15 | 0.00 | 1929.81 |
| COUNTY SALES TAX CREDIT | 0 | 0 | 0 | 151560 | -3.42 | 0.00 | -518.34 | 0.00 |
| COUNTY SCHOOL M&O | 416400 | 166560 | 4000 | 162560 | 20 | 3251.20 | 0.00 | 3251.20 |
| COUNTY SCHOOL BOND | 416400 | 166560 | 0 | 166560 | 3.628 | 604.28 | 0.00 | 604.28 |
| COUNTY WATER | 416400 | 166560 | 0 | 166560 | 2 | 333.12 | 0.00 | 333.12 |
| HOSPITAL | 416400 | 166560 | 0 | 166560 | 0 | 0.00 | 0.00 | 0.00 |
| STREETLIGHTS 770 288-6051 | 416400 | 0 | 0 | 0 | 0 | 71.34 | 0.00 | 71.34 |
| STORMWATER 770 288-7246 | 416400 | 0 | 0 | 0 | 0 | 39.83 | 0.00 | 39.83 |
| TOTALS | | | | | 38.361 | 6,747.92 | -518.34 | 6,229.58 |

**Homeowners are entitled to homestead exemptions only on their actual place of permanent residence.  Only one homestead is allowed for one immediate family group.  Please notify us of any changes which could affect your homestead exemption such as, changes to Warranty Deed, age, death, disability or change of residence.  You must file by April 1, 2019 for the 2019 tax year.  If you are 62 years of age on or before Jan 1, 2019, and currently receive homestead exemption, you may qualify for additional exemptions for 2019.  Contact our office @ 770 288-8180 opt 3 for details.  Information is also available on Disability and Disabled Veterans exemptions.  Forms may be found on our website.**

| | |
|---|---|
| Current Due: | $6,229.58 |
| Penalty: | $0.00 |
| Interest: | $0.00 |
| Other Fees: | $0.00 |
| Back Taxes: | $0.00 |
| Amount Paid: | $6,229.58 |
| TOTAL DUE: | $0.00 |

```
Label Matrix for local noticing      ADT                                   Catherine Jeanette Alston
113E-1                               P.O. Box 650485                       124 Celtic Court
Case 19-57017-sms                    Dallas, TX 75265-0485                 Ellenwood, GA 30294-3299
Northern District of Georgia
Atlanta
Wed Jun 19 12:07:25 EDT 2019

America's Servicing Company          American Express National Bank        Ascension Capital Group, Inc.
Attn:  Dept. MAC D3347-014           c/o Becket and Lee LLP                4515 N Santa Fe Ave
Landsing, MI 48906                   PO Box 3001                           Dept APS
                                     Malvern  PA 19355-0701                Oklahoma City, OK 73118-7901


Atlas Acquisitions LLC               Atlas Acquisitions, LLC               Barclays Bank Delaware
294 Union Street                     Attn: Avi Schild                      100 S West St
Hackensack, NJ 07601-4303            294 Union Street                      Wilmington, DE 19801-5015
                                     Hackensack, NJ 07601-4303


Barclays Bank Delaware               Barrett Daffin Frappier Levine        John Robert Callison
Po Box 8803                          & Block LLP                           Barrett Daffin Frappier Turner
Wilmington, DE 19899-8803            15000 Surveyor Blvd Ste 100            and Engel, LLP
                                     Addison, TX 75001-4417                Suite 100, 4004 Belt Line Rd
                                                                           Addison, TX 75001-4320


Capital One Auto Finance             Capital One Auto Finance              Capital One Auto Finance, a division of Capi
3901 Dallas Pkwy                     Attn: General Correspondence/Bankruptcy   4515 N Santa Fe Ave. Dept. APS
Plano, TX 75093-7864                 Po Box 30285                          Oklahoma City, OK 73118-7901
                                     Salt Lake City, UT 84130-0285


Comenity Bank/Ann Taylor             Comenity Bank/Ann Taylor              Convergent Outsoucing, Inc
Po Box 182125                        Po Box 182273                         800 Sw 39th St
Columbus, OH 43218-2125              Columbus, OH 43218-2273               Renton, WA 98057-4927


Convergent Outsoucing, Inc           Credit One Bank Na                    Credit One Bank Na
Po Box 9004                          Po Box 98873                          Po Box 98875
Renton, WA 98057-9004                Las Vegas, NV 89193-8873              Las Vegas, NV 89193-8875


Crescent Jewelry                     Department of the Treasury            Dept Of Ed/Navient
5900 Sugarloaf Pkwy #407             Internal Revenue Service              Attn: Claims Dept
Lawrenceville, GA 30043-7848         P.O. Box 7346                         P.O. Box 9635
                                     Philadelphia PA 19101-7346            Wilkes Barr, PA 18773-9635


Dept Of Ed/Navient                   Abbey Ulsh Dreher                     David E. Galler
Po Box 9635                          Barrett Daffin Frappier Turner Engel LLP   Galler Law, LLC
Wilkes Barre, PA 18773-9635          Suite 100                             P. O. Box 2118
                                     4004 Belt Line Road                   Roswell, GA 30077-2118
                                     Addison, TX 75001-4320


(p)GEORGIA DEPARTMENT OF REVENUE     Georgia Shoulder Hand & Elbow         (p)INTERNAL REVENUE SERVICE
COMPLIANCE DIVISION                  2061 Peachtree Road, N.E. Suit        CENTRALIZED INSOLVENCY OPERATIONS
ARCS BANKRUPTCY                      Atlanta, GA 30309-1447                PO BOX 7346
1800 CENTURY BLVD NE SUITE 9100                                            PHILADELPHIA PA 19101-7346
ATLANTA GA 30345-3202
```

| | | |
|---|---|---|
| A. Michelle Hart Ippoliti<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | LNVN Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| National City Mortgage Co.<br>PNC Mortgage/PNC Bank<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5433 | PNC Bank<br>Attn: Bankruptcy<br>249 5th Ave Ste 30<br>Pittsburgh, PA 15222-2707 | PNC Bank<br>Po Box 8703<br>Dayton, OH 45401-8703 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Partner for Payment Relief<br>3748 West Chester Pike<br>Suite 103<br>Newtown Square, PA 19073-3252 | Portofolio Recovery<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| Quantum3 Group LLC<br>Agent for MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Scarborough Ridge Association<br>124 Celtic Court<br>Ellenwood, GA 30294-3299 |
| D. Anthony Sottile<br>Sottile & Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140-8362 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank/Rms CC<br>Cb Disputes<br>Saint Louis, MO 63166 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| Wells Fargo Home Mortgage<br>PO Box 9020<br>San Bernardino, CA 92427-0020 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Deparment of Revenue<br>Bankruptcy Department<br>1800 Century Blvd NE Ste 17200<br>Atlanta, GA 30345-3205 | Internal Revenue Service<br>401 West Peachtree Street<br>M/S 334-D<br>Atlanta, GA 30308-3539 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 |
| (d)US Bank/Rms CC<br>Card Member Services<br>Po Box 108<br>St Louis, MO 63166 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)PNC BANK, NATIONAL ASSOCIATION | (u)Partners for Payment Relief DE II, LLC |
| (u)U.S. Bank National Association | End of Label Matrix<br>Mailable recipients   48<br>Bypassed recipients    4<br>Total                 52 | |